15-25-00163-CV

ACCEPTED
03-25-00717-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 11:05 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 11:05:58 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**No. 03-25-00717-CV**
*(or 15-25-00717-CV if the clerk has restyled the case)*

**Mark Smith, Appellant**
v.
**Bank of America, N.A., Appellee**

**On Appeal from the 250th Judicial District Court of Travis County, Texas**
**Trial Court Cause No. D-1-GN-19-003913**

# APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
# TO FILE OPENING BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellant Mark Smith respectfully moves for a 30-day extension of time to file his Opening Brief, and in support shows the following:

## 1. Current Deadline

The Clerk's Record and Reporter's Record were filed on October 22, 2025. Under Texas Rule of Appellate Procedure 38.6(a), Appellant's brief is currently due **November 24, 2025**.

## 2. Requested Deadline

Appellant requests a **30-day extension**, making the new due date **December 24, 2025** (or the next business day if the Court prefers).

## 3. Good Cause Exists

Good cause supports this request:

- This appeal was administratively **transferred from the Third Court of Appeals to the newly created Fifteenth Court of Appeals**, creating procedural uncertainty about docketing and filing logistics.

- Appellant only recently received confirmation that the record had been fully filed and transferred.

- Additional time is required to finish preparing a complete and organized Opening Brief that fully addresses the trial court's Findings of Fact and Conclusions of Law and the legal issues presented.

This request is not made for delay but in the interest of ensuring that Appellant can present a clear and accurate brief for the Court's consideration.

## 4. First Request

This is Appellant's **first** request for extension of time to file his Opening Brief.

# PRAYER

Appellant respectfully asks the Court to grant a 30-day extension of time to file the Opening Brief, making the new deadline **December 24, 2025**, or any date the Court deems appropriate. Appellant seeks all other relief to which he may be justly entitled.

**Respectfully submitted,**
**/s/ Mark Smith**
Mark Smith, Appellant Pro Se
5604 Southwest Parkway, Apt. 3631
Austin, Texas 78735
Email: **marksmithinbox@yahoo.com**
Phone: 5126604111

# CERTIFICATE OF CONFERENCE

Appellant is pro se. Appellee's position on this motion is unknown.

**/s/ Mark Smith**
Mark Smith

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served on Appellee's counsel, Tyler Lansden, Javitch Block LLC, at **dal@jbllc.com**, on the date of filing via eFileTexas.

**/s/ Mark Smith**
Mark Smith